UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTONINI AND COHEN IMMIGRATION LAW GROUP, LLC, <br><br>Plaintiff, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF LABOR, <br><br>Defendant. | C.A.F.N. _____ |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff, Antonini and Cohen Immigration Law Group, LLC, through undersigned counsel, files this Complaint for Declaratory and Injunctive Relief to compel Defendant, the United States Department of Labor ("DOL"), to produce records regarding an outstanding FOIA request submitted on April 25, 2025, pursuant to the Freedom of Information Act ("FOIA), 5 U.S.C. § 552 et seq. As good cause, Plaintiff states the following:

### PARTIES

1. Plaintiff Antonini and Cohen Immigration Law Group, LLC is a Georgia domestic registered business with its principal place of business in DeKalb County, Georgia. Plaintiff's principal address is 2751 Buford Highway NE,

1

Suite 500, Atlanta, GA 30324. Plaintiff and its employees and clientele are harmed by Defendant's violation of 5 U.S.C. § 552 because such violations delay Plaintiff from formulating and presenting legal challenges, and thus adversely impact Plaintiff's ability to advise and represent its clients.

2. Defendant United States Department of Labor is an agency of the U.S. government within the meaning of 5 U.S.C. § 551(1), 5 U.S.C. § 552(f)(1), and 5 U.S.C. § 702. The Wage and Hour Division ("WHD") is a component of DOL that is responsible for ensuring compliance with labor standards. The WHD of DOL has an office located at 61 Forsyth Street, SW, Room 7M10, Atlanta, GA 30303. DOL and WHD have possession, custody, and control of the records that Plaintiff seeks.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B) (FOIA), 28 U.S.C. § 1331 (federal question jurisdiction).

4. This Court may grant relief under 5 U.S.C. § 552 (FOIA), 5 U.S.C. §§ 702, 706 (judicial review of agency action), and 28 U.S.C. §§ 2201, 2202 (the Declaratory Judgment Act).

5. Venue in the Northern District of Georgia is appropriate pursuant to 28 U.S.C. § 1391(e) because a substantial part of events or omissions giving rise to this action occurred in Fulton and DeKalb County, Georgia. Venue is

also proper under 5 U.S.C. § 552(a)(4)(B) in that it is brought in the District of Plaintiff's primary place of business.

## FACTS AND PROCEDURAL HISTORY

6. On April 25, 2025, Plaintiff submitted a FOIA request via electronic mail to the DOL's FOIA Coordinator, foiarequests@dol.gov. **Exhibit A – FOIA Request Email and Letter.**

7. In the FOIA request, Plaintiff sought the following two types of records:

   "All documents related to the WHD investigations of Best Linen Service, LLC in Gainesville, Georgia (WHD Investigation # 1653684 and # 1769817); and

   All documents related to the WHD investigation of Best Linen Service LLC's use of violence and threats against employees to work with and without FLSA-compliant wages."

   **Id.**

8. On May 1, 2025, Defendant acknowledged receipt of Plaintiff's FOIA request and assigned it tracking number 2025-F-11184. **Exhibit B – DOL Acknowledgement Email.**

9. Defendant did not invoke any ground for an extension of the mandatory 20 business days deadline as outlined at 5 U.S.C. § 552(a)(6)(B).

10. After 76 business days from submitting the FOIA request, Plaintiff emailed Defendant at WHD-FOIA@dol.gov requesting an update and expedited processing.[1] **Exhibit C – August 19, 2025 Email to DOL.**

11. Another 44 business days lapsed without a response from Defendant regarding the FOIA request or the expedited processing request. Therefore, on September 29, 2025, Plaintiff emailed Defendant at WHD-FOIA@dol.gov and two staff personnel at the DOL-Office of Information Services, detailing how their office had violated 5 U.S.C. § 552 by failing to provide determinations of the FOIA request and the expedited processing request. **Exhibit D – September 29, 2025 Email to DOL.**

12. Defendant's FOIA tracker lists Plaintiff's FOIA request as "Assigned for Processing" with an estimated delivery date of May 30, 2025. **Exhibit E – DOL eFOIA Status Check.**

13. To date, Plaintiff has not received any other communications from Defendant and is still awaiting Defendant to produce the documents identified in the FOIA request.

14. Plaintiff submitted the FOIA request on April 25, 2025 to Defendant, over 149 business days ago.

---

[1] Defendant's Acknowledgement email instructed Plaintiff to submit inquiries related the pending FOIA request to WHD-FOIA@dol.gov. **Exhibit B.**

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

15. Pursuant to 5 U.S.C. § 552(a)(6)(C)(i), Plaintiff is deemed to have exhausted its administrative remedies because Defendant failed to comply with the time limit of 20 business days to respond to the FOIA request.

## CLAIM FOR RELIEF
### Violation of 5 U.S.C. § 552 (FOIA)

16. Plaintiff repeats and realleges paragraphs 1 through 15 as though fully set forth herein.

17. 5 U.S.C. § 552(a)(3)(A) requires federal agencies to promptly provide requested records to any person, subject to certain exceptions. Under 5 U.S.C. § 552(a)(6)(A)(i), agencies "shall[]determine within 20 business days...after the receipt of any such request whether to comply with such request" and notify the requester of its determination.

18. If "unusual circumstances" are present, an agency may extend the time limit by 10 business days. 5 U.S.C. § 552(a)(6)(B)(i). To invoke that extension, the agency must provide "written notice…setting forth the unusual circumstances for such extension and the date on which a determination is expected to be dispatched." *Id.*

19. Defendant is an agency subject to 5 U.S.C. § 552 and therefore must release responsive records in its possession within 20 business days and provide a lawful reason for withholding any exempt materials.

20. Therefore, Defendant had a clear duty to make a final determination of Plaintiff's FOIA request by May 23, 2025.

21. Defendant has violated 5 U.S.C. § 552(a)(6)(A)(i) by failing to provide such final determination and by failing to produce any and all non-exempt responsive records to Plaintiff's FOIA request within the 20-business-day period.

22. Plaintiff is being irreparably harmed by Defendant's violation of 5 U.S.C. § 552 and will continue to be irreparably harmed unless Defendant is compelled to comply with 5 U.S.C. § 552.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this court:

1. Assume jurisdiction over this matter;

2. Declare that Defendant has violated 5 U.S.C. § 552 by failing to provide a final determination to Plaintiff's FOIA request;

3. Order Defendant to conduct a full, adequate, and expedited search for all responsive records;

4. Order Defendant to release any and all non-exempt responsive records to Plaintiff's FOIA request;

5. Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request;

6. Retain jurisdiction over this case to ensure compliance with all of this Court's orders;

7. Award attorney's fees and costs as permitted under the Equal Access to Justice Act and on any other basis justified under law; and

8. Grant any and all further relief that is necessary or appropriate.

Respectfully submitted this 2nd day of December, 2025.


/s/ Bethany Virginia Biswas
Bethany Virginia Biswas
Georgia Bar. No. 478064
Attorney for Plaintiff
ANTONINI AND COHEN IMMIGRATION LAW GROUP
2751 Buford Highway NE, Suite 500
Atlanta, GA 30324
Telephone (404) 523-8141
Fax (678) 435-8843
Email: biswas@antoniniandcohen.com

## CERTIFICATE OF COMPLIANCE

This is to certify that the attached Complaint for Declaratory and Injunctive Relief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1 for documents prepared by computer.

Submitted this 2nd day of December, 2025.

/s/ Bethany Virginia Biswas
Georgia Bar No. 478064
Attorney for Plaintiff
ANTONINI AND COHEN IMMIGRATION LAW GROUP
2751 Buford Highway NE, Suite 500
Atlanta, GA 30324
Telephone (404) 523-8141
Fax (678) 435-8843
Email: biswas@antoniniandcohen.com